UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILLIAM CASH, | ) |
| Plaintiff, | ) |
| vs. | ) Case Number: 13-cv-750-GKF-PJC |
| FARMERS INS. CO., INC., | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties in the above-styled action, by their respective counsel, hereby stipulate to the dismissal without prejudice of all claims in this action as follows:

Plaintiff hereby dismisses, **without prejudice**, all claims stated in the Petition filed on October 15, 2013, in the Tulsa County District Court, Case No. CJ-201-4760 which was then removed to the Northern District of Oklahoma on November 18, 2013, (Docket No. 2).

Each party shall bear its own attorneys' fees and costs.

RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LEWIS

BY: /Thomas M. Askew
Thomas M. Askew, OBA #13568
502 West 6th Street
Tulsa, OK  74119-1010
(918) 587-3161
(918) 587-9708 (Facsimile)

*Attorneys for Plaintiff*

GIVENS LAW FIRM

BY: /s Sheila R. Benson
Greg D. Givens, OBA No. 10310
Sheila R. Benson, OBA No. 19050
136 N.W. 10th Street, Suite 100
Oklahoma City, OK 73103
Telephone: (405) 604-6880
Facsimile: (405) 604-6998
Email: ggivens@givenslaw.net
sbenson@givenslaw.net
*Attorneys for Defendant*